```
IN THE UNITED STATES BANKRUPTCY COURT FOR
         THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE: <br> NELITZA TORRES ORTIZ <br><br> xx-xx-2963 <br><br> Debtor(s) | CASE NO. 19-06358-MCF13 <br> Chapter 13 <br><br><br><br> FILED & ENTERED ON FEB/06/2020 |

ORDER & NOTICE

The hearing scheduled for April 8, 2020, at 9:00 AM, is hereby rescheduled for May 5, 2020, at 9:00 AM, at the United States Bankruptcy Court, Jose V. Toledo Federal Building and US Courthouse, 300 Recinto Sur Street, Courtroom 3, Third Floor, San Juan, Puerto Rico.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6 day of February, 2020.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge