IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                           *       BKRTCY. NO. 19-06358 MCF

TORRES ORTIZ, NELITZA                           *       CHAPTER 13
xxx-xx-2963
                                                *

DEBTOR

## DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULE "A/B"* *OFFICIAL FORM 106A/B*

**TO THE HONORABLE COURT:**

**COMES NOW, EDWIN RODRIGUEZ DE LEON**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting *Amended Schedule "A/B"* dated February 13, 2020, herewith and attached to this motion.

2. The amendment to Schedule "A/B" is filed to **assign a correct value for all properties listed in Schedule A/B,** in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedule A/B
Case no. 19-06358 MCF13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 13th day of February, 2020.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc@rfigueroalaw.com

Fill in this information to identify your case and this filing:

Debtor 1: **NELITZA TORRES ORTIZ**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number: 3:19-bk-6358

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
Street address: **Certenejas II Ward R172 Los Velez**
City: **Cidra**  State: **PR**  ZIP Code: **00739**
County: **Cidra**

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Current value of the entire property? **$165,000.00**
Current value of the portion you own? **$165,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**FEE SIMPLE**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........=>  **$165,000.00**

**Part 2: Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ■ No
   ☐ Yes

Official Form 106A/B          Schedule A/B: Property          page 1
Software Copyright (c) 2020 CINGroup - www.cincompass.com

Debtor 1 **TORRES ORTIZ, NELITZA**     Case number *(if known)* 3:19-bk-6358

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>  $0.00

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Misc Household Goods and Furnishings | $5,650.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Two (2) TV sets (32" each/$150) | $300.00 |
| One (1) Laptop Dell | $250.00 |
| One (1) Iphone | $300.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

| One (1) Mountain bike | $75.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Clothing and personal effects | $800.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

Debtor 1  TORRES ORTIZ, NELITZA                                Case number (if known)  3:19-bk-6358

| | |
|---|---|
| Jewelry | $400.00 |

**13. Non-farm animals**
   Examples: Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Two (2) Dogs (Standard Poodle/$500 each) | $1,000.00 |

**14.** Any other personal and household items you did not already list, including any health aids you did not list
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................... | **$8,775.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
   Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................

**17. Deposits of money**
   Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.........................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Savings Account | Coop A/C San Jose Commercial Savings account no x3453 d/b/a Majestic Events Planner and Boutique Inc | $1,950.00 |
| 17.2. | Savings Account | Coop A/C San Jose Saving, Shares and deposit account no x3605 | $100.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   Examples: Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes................  Institution or issuer name:

**19.** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture
   ☐ No
   ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| Majestic Events Planner & Boutique, Inc.; registered as a for-profit corporation on June 07, 2019, at the PR State Department x8729. | 100.00 % | $100.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
   Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                 Issuer name:

| Debtor 1 | TORRES ORTIZ, NELITZA | Case number *(if known)* | 3:19-bk-6358 |

21. **Retirement or pension accounts**
    *Examples*: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:       Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples*: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................       Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years........

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples*: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:       Beneficiary:       Surrender or refund value:

Debtor 1    TORRES ORTIZ, NELITZA      Case number *(if known)*   3:19-bk-6358

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    - ■ No
    - ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    - ■ No
    - ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ■ No
    - ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    - ■ No
    - ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................    **$2,150.00**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    - ■ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ■ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    - ■ No
    - ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ................    **$0.00**

### Part 8: List the Totals of Each Part of this Form

| # | Description | Amount | | Total |
|---|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 | | | $165,000.00 |
| 56. | Part 2: Total vehicles, line 5 | $0.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $8,775.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $2,150.00 | | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. | Total personal property. Add lines 56 through 61... | $10,925.00 | Copy personal property total | $10,925.00 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | | $175,925.00 |

Official Form 106A/B      Schedule A/B: Property      page 5

Software Copyright (c) 2020 CINGroup - www.cincompass.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **NELITZA TORRES ORTIZ** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | 3:19-bk-6358 |

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Nelitza Torres Ortiz_                    X _____
**NELITZA TORRES ORTIZ**                         Signature of Debtor 2
Signature of Debtor 1

Date **February 13, 2020**                       Date _____

```
Label Matrix for local noticing        ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF    POPULAR AUTO
0104-3                                  PO BOX 361110                                   PO BOX 366818
Case 19-06358-MCF13                     SAN JUAN, PR 00936-1110                         SAN JUAN, PR 00936-6818
District of Puerto Rico
Old San Juan
Thu Feb 13 14:17:08 AST 2020

SCOTIABANK DE PUERTO RICO               US Bankruptcy Court District of P.R.            Banco Popular de Puerto Rico
CARDONA JIMENEZ LAW OFFICES, PSC        Jose V Toledo Fed Bldg & US Courthouse          Bankruptcy Department
PO BOX 9023593                          300 Recinto Sur Street, Room 109                PO Box 366818
SAN JUAN, PR 00902-3593                 San Juan, PR 00901-1964                         San Juan, PR 00936-6818


Capital One Bank (USA), N.A.            Capital One Bank USA N                          DEPARTMENT OF TREASURY
by American InfoSource as agent         PO Box 965005                                   BANKRUPTCY SECTION 424 B
PO Box 71083                            Orlando, FL 32896-5005                          PO BOX 9024140
Charlotte, NC 28272-1083                                                                SAN JUAN, PR 00902-4140


Departamento de Hacienda                Departamento de Hacienda                        (p)INTERNAL REVENUE SERVICE
Bankruptcy Section                      PO Box 9024140                                  CENTRALIZED INSOLVENCY OPERATIONS
235 Ave Arterial Hostos Ste 1504        San Juan, PR 00902-4140                         PO BOX 7346
San Juan, PR 00918-1451                                                                 PHILADELPHIA PA 19101-7346


Island Finance                          (p)JEFFERSON CAPITAL SYSTEMS LLC                Merchant Advance LLC
PO Box 71504                            PO BOX 7999                                     1621 Central Avenue
San Juan, PR 00936-8604                 SAINT CLOUD MN 56302-7999                       Cheyenne WY 82001-4531


Money Express                           POPULAR AUTO                                    PRESTAMAS
PO Box 9146                             BANKRUPTCY DEPARTMENT                           CONSUMER SERVICE CENTER
San Juan, PR 00908-0146                 PO BOX 366818                                   BANKRUPTCY DIVISION (CODE 248)
                                        SAN JUAN PUERTO RICO 00936-6818                 PO BOX 9146
                                                                                        SAN JUAN PR 00908-0146


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Prestamas                                       SBA US Small Business Administration
PO BOX 41067                            PO Box 11890                                    PO Box 3918
NORFOLK VA 23541-1067                   San Juan, PR 00922-1890                         Portland, OR 97208-3918


SCOTIABANK DE PUERTO RICO               Scotiabank de Puerto Rico                       Syncb/empresas Berrios
CARDONA JIMENEZ LAW OFFICE, PSC         PO Box 363368                                   PO Box 965036
PO BOX 9023593                          San Juan, PR 00936-3368                         Orlando, FL 32896-5036
SAN JUAN, PR 00902-3593


Syncb/tjx Cos                           Synchrony Bank                                  Thd/Cbna
PO Box 965015                           c/o of PRA Receivables Management, LLC          PO Box 6497
Orlando, FL 32896-5015                  PO Box 41021                                    Sioux Falls, SD 57117-6497
                                        Norfolk, VA 23541-1021


JOSE RAMON CARRION MORALES              MONSITA LECAROZ ARRIBAS                         NELITZA TORRES ORTIZ
PO BOX 9023884                          OFFICE OF THE US TRUSTEE (UST)                  5 MUNOZ RIVERA STREET
SAN JUAN, PR 00902-3884                 OCHOA BUILDING                                  CIDRA, PR 00739-3452
                                        500 TANCA STREET SUITE 301
                                        SAN JUAN, PR 00901
```

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ISLAND PORTFOLIO SERVICES LLC AS SERVICER
PO BOX 361110
SAN JUAN, PR 00936-1110

End of Label Matrix
Mailable recipients    30
Bypassed recipients     1
Total                  31