IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 19-06358 MCF |
| | * | |
| TORRES ORTIZ, NELITZA | * | CHAPTER 13 |
| xxx-xx-2963 | * | |
| | * | |
| DEBTOR | * | |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **NELITZA TORRES ORTIZ,** the Debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The Debtor is hereby submitting an amended Chapter 13 Plan, dated July 08, 2020, herewith and attached to this motion.

2. The Plan is amended to **modify/change Part 2, Section 2.1 to provide for three months with zero ($0.00) payments, May, June and July/2020, since part of the Debtor's income stems from managing a business,** *Majestic Events Planners & Boutique, Inc.* **which was closed due to the COVID-19 pandemic lockdown during said months of April, May, June and July, 2020 and, thus, the Debtor temporarily lost a source of income during said period of time.**

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent regular mail to the debtors and to all creditors and parties in interest appearing on the master address list (CM/ECF non-participants), hereby attached.

## **NOTICE**

**You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Chapter 13 Plan
Case no. 19-06358MCF13

      **RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 8th day of July, 2020.

*/s/ Roberto Figueroa Carrasquillo*
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 / FAX 787-746-5294
Email: rfc@rfigueroalaw.com

## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico, San Juan Division

In Re
**TORRES ORTIZ, NELITZA**

XXX-XX-**2963**

XXX-XX-

**Puerto Rico Local Form G**

**Chapter 13 Plan dated** 07/08/2020

Case No: **19-06358 MCF**

Chapter 13

[X] Check if this is a pre-confirmation amended plan.

[ ] Check if this is a post confirmation amended plan
Proposed by:
    [ ] Debtor(s)
    [ ] Trustee
    [ ] Unsecured creditor(s)

[X] If this is an amended plan, list below the sections of the plan that have been changed.

2.1

## PART 1 Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | [ ] Included | [X] Not included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 | [ ] Included | [X] Not included |
| 1.3 | Nonstandard provisions, set out in Part 8 | [X] Included | [ ] Not included |

## PART 2: Plan Payments and Length of Plan

2.1 **Debtor(s) will make payments to the trustee as follows:**

*Puerto Rico Local Form G (LBF-G) Chapter 13 Plan Page 1*

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| 500.00 | 5 | 2,500.00 | |
| 00.00 | 3 | 00.00 | |
| 529.00 | 52 | 27,508.00 | |
| Subtotals | 60 | 30,008.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2 **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply.*
[ ] Debtor(s) will make payments pursuant to a payroll deduction order.
[X] Debtor(s) will make payments directly to the trustee.
[ ] Other (specify method of payment): _____

2.3 **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4 **Additional payments:**

*Check one.*
[X] None. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

## PART 3: Treatment of Secured Claims

3.1 **Maintenance of payments and cure of default, if any.**

*Check one.*
[ ] None. *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

[X] The Debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of creditor | Collateral | Current installment payments (Including escrow) | Amount of Arrearage (If any) | Interest rate on arrearage (If any) | Monthly plan PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| **Scotiabank de Puerto Rico** | Rabanal Ward R172 Km19.8 Los Velez, Cidra, PR 00739 | 880.00 Disbursed by: [ ] Trustee [X] Debtor(s) | 4,483.75 | 0.00% | ____ Months Starting on Plan Month | 4,483.75 |

*Insert additional claims as needed.*

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

[X] None. *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

*Puerto Rico Local Form G (LBF-G) Chapter 13 Plan Page 2*

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4 **Lien Avoidance.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5 **Surrender of collateral.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**
[ ] Payments pursuant to 11 USC §1326(a)(1)(C):
Name of secured creditor         $ Amount of APMP            Comments
**None**
*Insert additional lines as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7 **Other secured claims modifications.**

*Check one.*
[X] **None**. *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

# PART 4: Treatment of Fees and Priority Claims

4.1 **General**

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2 **Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3 **Attorney's fees**

*Check one.*

[X] **Flat Fee**: Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

**OR**

[ ] **Fee Application**: The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

Attorney's fees paid pre-petition:                              $ **525.00**
Balance of attorney's fees to be paid under this plan are estimated to be:   $ **3,475.00**
If this is a post-confirmation amended plan, estimated attorney's fees:      $ **0.00**

4.4 **Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6.**

*Check one.*
[ ] **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

[X] The Trustee shall pay in full all allowed claims entitled to priority under §507, §1322(a)(2), estimated in $**17,373.62**

*Puerto Rico Local Form G (LBF-G) Chapter 13 Plan Page 3*

| Name of priority creditor | Estimate amount of claim to be paid |
|---|---|
| **Departament of Treasury** | 10,285.17 Claim No. 13-1 |
| **Internal Revenue Service** | 7,088.45 Claim No. 2-1 |

*Insert additional lines as needed.*

4.5 **Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

   *Check one.*
   [X] **None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

4.6 **Post confirmation property insurance coverage**

   *Check one.*
   [X] **None**. *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

## PART 5: Treatment of Nonpriority Unsecured Claims

5.1 **Nonpriority unsecured claims not separately classified.**

   Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

   *Check all that apply.*

   [ ] The sum of $ _____.

   [ ] _____% of the total amount of these claims, an estimated payment of $ _____.

   [X] The funds remaining after disbursements have been made to all other creditors provided for in this plan.

   [ ] If the estate of the Debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $ _____.

5.2 **Maintenance of payments and cure of any default on nonpriority unsecured claims.**

   *Check one.*
   [X] **None**. *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

5.3 **Other separately classified nonpriority unsecured claims.**

   *Check one.*
   [X] **None**. *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

   *Check one.*
   [ ] **None**. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

   [X] **Assumed items.** Current installment payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below, subject to any contrary court order or rule. Arrearage payments will be disbursed by the trustee. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).

| Name of creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid | Treatment of arrearage (Refer to other plan | Estimated total payments by trustee |
|---|---|---|---|---|---|

*Puerto Rico Local Form G (LBF-G) Chapter 13 Plan Page 4*

| | | | | section if applicable) | |
|---|---|---|---|---|---|
| Luis Berrios | Commercial Lease Contract dated 10/04/2018; on commercial premis | 700.00 Disbursed by: [ ] Trustee [ ] Debtor(s) [X] Majestic Event Planner & Boutique, Inc. (Debtor's wholly owned Corp.) | 0.00 | | 0.00 |

*Insert additional lines as needed.*

## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1 Property of the estate will vest in the Debtor(s) upon**

*Check the applicable box:*

[X] Plan confirmation.
[ ] Entry of discharge.
[ ] Other: _____

**7.2 Plan distribution by the trustee will be in the following order:**
*(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)*

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – *Arrearage payments*
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1 Check "None" or list the nonstandard plan provisions**

[ ] **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

**Each paragraph below must be numbered and labeled in boldface type, and with a heading stating the general subject matter of the paragraph.**

The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.

**8.2 This Section modifies LBF-G, Part 3: Retention of Lien:**
The lien holder of any allowed secured claim, provided for by the Plan in its Part 3, will retain its lien according to the terms and conditions required by 11 USC 1325(a)(5)(B)(i)(I) & (II).

**8.3 This section modifies LBF-G, Part 2, Section 2.3: Income Tax Refunds to be used to fund the plan:**

Tax refunds will be devoted each year, as periodic payments, to fund the plan until the plan's completion. The tender of such payments shall deem the plan modified by such amount, increasing the base without the need of further Notice, Hearing or Court Order. If the Debtor(s) need(s) to use all or portion of such "Tax Refunds", Debtor(s) shall seek Court's authorization prior to any use of funds.

*Insert additional lines as needed.*

## PART 9: Signature(s)

/s/Roberto Figueroa-Carrasquillo      Date <u>July 08, 2020</u>

Signature of attorney of Debtor(s)
RFIGUEROA CARRASQUILLO LAW OFFICE PSC

_____ Date

_____ Date

Signature(s) of Debtor(s) (required if not represented by an attorney; otherwise optional)

By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.

```
Label Matrix for local noticing          ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF    ORIENTAL BANK
0104-3                                    PO BOX 361110                                   CARDONA JIMENEZ LAW OFFICES PSC
Case 19-06358-MCF13                       SAN JUAN, PR 00936-1110                         PO BOX 9023593
District of Puerto Rico                                                                   SAN JUAN, PR 00902-3593
Old San Juan
Wed Jul  8 07:50:59 AST 2020

POPULAR AUTO                              SCOTIABANK DE PUERTO RICO                       US Bankruptcy Court District of P.R.
PO BOX 366818                             CARDONA JIMENEZ LAW OFFICES, PSC                Jose V Toledo Fed Bldg & US Courthouse
SAN JUAN, PR 00936-6818                   PO BOX 9023593                                  300 Recinto Sur Street, Room 109
                                          SAN JUAN, PR 00902-3593                         San Juan, PR 00901-1964

Banco Popular de Puerto Rico              Capital One Bank (USA), N.A.                    Capital One Bank USA N
Bankruptcy Department                     by American InfoSource as agent                 PO Box 965005
PO Box 366818                             PO Box 71083                                    Orlando, FL 32896-5005
San Juan, PR 00936-6818                   Charlotte, NC 28272-1083

DEPARTMENT OF TREASURY                    Departamento de Hacienda                        Departamento de Hacienda
BANKRUPTCY SECTION 424 B                  Bankruptcy Section                              PO Box 9024140
PO BOX 9024140                            235 Ave Arterial Hostos Ste 1504                San Juan, PR 00902-4140
SAN JUAN, PR 00902-4140                   San Juan, PR 00918-1451

(p)INTERNAL REVENUE SERVICE               Island Finance                                  (p)JEFFERSON CAPITAL SYSTEMS LLC
CENTRALIZED INSOLVENCY OPERATIONS         PO Box 71504                                    PO BOX 7999
PO BOX 7346                               San Juan, PR 00936-8604                         SAINT CLOUD MN 56302-7999
PHILADELPHIA PA 19101-7346

Merchant Advance LLC                      Money Express                                   ORIENTAL BANK - MORTGAGE DIVISION
1621 Central Avenue                       PO Box 9146                                     CARDONA JIMENEZ LAW OFFICES, PSC
Cheyenne WY 82001-4531                    San Juan, PR 00908-0146                         PO BOX 9023593
                                                                                          SAN JUAN, PR 00902-3593

POPULAR AUTO                              PRESTAMAS                                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC
BANKRUPTCY DEPARTMENT                     CONSUMER SERVICE CENTER                         PO BOX 41067
PO BOX 366818                             BANKRUPTCY DIVISION (CODE 248)                  NORFOLK VA 23541-1067
SAN JUAN PUERTO RICO 00936-6818           PO BOX 9146
                                          SAN JUAN PR 00908-0146

Prestamas                                 SBA US Small Business Administration            SCOTIABANK DE PUERTO RICO
PO Box 11890                              PO Box 3918                                     CARDONA JIMENEZ LAW OFFICE, PSC
San Juan, PR 00922-1890                   Portland, OR 97208-3918                         PO BOX 9023593
                                                                                          SAN JUAN, PR 00902-3593

Scotiabank de Puerto Rico                 Syncb/empresas Berrios                          Syncb/tjx Cos
PO Box 363368                             PO Box 965036                                   PO Box 965015
San Juan, PR 00936-3368                   Orlando, FL 32896-5036                          Orlando, FL 32896-5015

Synchrony Bank                            Thd/Cbna                                        JOSE RAMON CARRION MORALES
c/o of PRA Receivables Management, LLC    PO Box 6497                                     PO BOX 9023884
PO Box 41021                              Sioux Falls, SD 57117-6497                      SAN JUAN, PR 00902-3884
Norfolk, VA 23541-1021
```

```
MONSITA LECAROZ ARRIBAS              NELITZA TORRES ORTIZ           ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)       5 MUNOZ RIVERA STREET          PO BOX 186
OCHOA BUILDING                       CIDRA, PR 00739-3452           CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service             Jefferson Capital Systems LLC  Portfolio Recovery Associates, LLC
PO Box 21126                         Po Box 7999                    POB 12914
Philadelphia, PA  19114-0326         Saint Cloud Mn 56302-9617      Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)ISLAND PORTFOLIO SERVICES LLC AS SERVICER    End of Label Matrix
PO BOX 361110                                   Mailable recipients   32
SAN JUAN, PR 00936-1110                         Bypassed recipients    1
                                                Total                 33
```