# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **NELITZA TORRES ORTIZ**
SSN xxx-xx-2963

CASE NO: **19-06358-MCF**

Debtor(s)

Chapter 13

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**  Paid Pre-Petition: **$525.00**  Outstanding (Through the Plan): **$3,475.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☐ Under Median Income 36 months  ☒ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.  Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00**  Estimated Priority Debt: **$14,215.54**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

With respect to the (amended) Plan date: **Jul 08, 2020  (Dkt  36)**  Plan Base: **$30,008.00**

The Trustee:  ☐ DOES NOT OBJECT  ☒ OBJECTS  Plan Confirmation  Gen. Uns. Approx. Dist.: 3.8 %

The Trustee objects to confirmation for the following reasons:

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

- Debtor has failed to submit post-petition tax returns for evaluation.

Re: 2019 local tax return and 1040 PR form.

At the time Debtor filed the case she had been working in Colegio la Merced only 1 month.
The Trustee requests evidence of income generated during the months of September 2019-June 2020.
Per evidence submitted, which is incomplete, it appears that Debtor has more income than the amount listed in Schedule I.

Also, Debtor operates a business. Debtor has failed to submit income and expense sheets for the months of April 2019-June 2019. The Trustee also requests MORs for the months of October 2019-June 2020.
The Trustee will verify MT and SCH I once such data is submitted.

Part 4: Priority
Debtor should verify Section 4-4 of the plan since she is instructing the Trustee to pay IRS' claim 2-1 and IRS filed an amended claim on July 8, 2020.

*OTHER COMMENTS / OBJECTIONS

NONE.

| | |
|---|---|
| CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S) and to her/his/their attorney throught CM-ECF notification system. | |
| /s/ Jose R. Carrion, Esq.<br>**CHAPTER 13 TRUSTEE**<br>PO Box 9023884, San Juan PR 00902-3884<br>Tel. (787)977-3535 Fax (787)977-3550<br><br>/s/ Nannette Godreau, Esq. | Date: July 15, 2020 |
| Last Docket Verified: 38    Last Claim Verified: 13 (2-1)    CMC: GR | |