IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 19-06358 MCF |
|---|---|
| NELITZA TORRES ORTIZ | Chapter 13 |
| xx-xx-2963 | |
| Debtor(s) | FILED & ENTERED ON AUG/07/2020 |

ORDER & NOTICE

    The Debtor is ordered to reply to the Trustee's unfavorable recommendation within 30 days.

    The confirmation hearing scheduled for August 20, 2020, at 9:00 AM, is hereby rescheduled for November 12, 2020, at 9:00 AM, via Skype for Business. All parties that wish to appear at the Skype for Business hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https://www.prb.uscourts.gov/.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 7 day of August, 2020.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge