**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**NELITZA TORRES ORTIZ**
**dba MAJESTIC BOUTIQUE BY NELITZA, dba**
**MAJESTIC EVENTS PLANNERS BY NELITZA**

**xxx–xx–2963**

Debtor(s)

Case No. **19–06358 MCF**

Chapter **13**

FILED & ENTERED ON 9/11/20

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion for Leave to File Claim After Claims Bar Date filed by U.S. Small Business Administration, docket #43.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In San Juan, Puerto Rico, this Friday, September 11, 2020 .

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge