IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER:<br><br>NELITZA TORRES ORTIZ<br>Debtor(s)<br><br>PRESTAMAS<br>Movant | CASE NO.: 19-06358 (MCF)<br><br>CHAPTER 13<br><br>(X) An action against the State under Title 11 USC §1307(c) (1) and §1307(c) (6), Title 11 USC §1326 |

## MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now Movant, **PRESTAMAS**, through its undersigning attorney, and very respectfully ALLEGES, STATES and PRAYS:

1. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §1307(c) (1), (4) and (6), on Conversions and Dismissals, and Title 11 USC §1326, on Payments.

2. Debtor filed a bankruptcy case under chapter 13 back on October 31, 2019. See, Bkcy Dck no 1

3. MOVANT, standing to address this court is ascertained as filed an unsecured proof of claim, to a small loan for $9,092.17, under account no 6464. See, Clm Reg. 1.

4. As of to January 10, 2022, debtor(s) already appear to have the following installments owed to the chapter 13 Trustee: $1,340.00 for two (2) months in arrears. See, Attachment A.

5. Under the terms of the confirmed plan dated October 29, 2020, debtor(s) should have started to make continues payments since November 20, 2020, and as evidenced herein, the debtor(s) have failed to do so. See, Bkcy Dck no 1, 54 and 58.

6. Pursuant to the Service Members Civil Relief Act: - the data banks of the Department of the Defense Manpower Data Center confirmed that the debtor(s) is (are) not member(s) of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health, and Cost Guard.) See, Attachment B.

For the reasons stated above, MOVANT respectfully request from this Court to enter an order dismissing the present case pursuant Title 11 USC §1307(c)(1) on ~~Unreasonable delay by debtor that is prejudicial to Creditors, (5) denial of confirmation of a plan under 1325 of this title and denial of a request made~~

Case no. 19-06358 [MCF]
PRESTAMAS
Page 2 of 2

2

~~for additional time for filing another plan or a modification of a plan,~~ 11 USC §1326 (a) (1) *Unless the court orders otherwise, the debtor shall commence making the payments proposed by a plan within 30 days after the plan is filed, payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier*, and (6) on *Material default by the debtor with respect to a term of a confirmed plan,* and ~~Title 11 USC §1324 (b) on hearing of confirmation that shall to be held not earlier than 20 days and not later than 45 days after the date of the meeting of creditors under section 341 (a)~~.

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.
Puerto Rico Local Bankruptcy Rule 9013-1(h)

In San Juan, Puerto Rico, on January 18, 2022

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy was served by CM/ECF at the authorized address: - to all creditors, - to Atty. Alejandro Oliveras // Atty. José Carrión Morales, as Chapter 13 Trustee, and - to the attorney of the debtor(s) ROBERTO FIGUERO CARRASQUILLO, and to debtor(s) by regular mail at the address on record, NELITZA TORRES ORTIZ, at 5 MUÑOZ RIVERA ST., CIDRA, PUERTO RICO 00739.

BY: /s/ María M. Benabe Rivera
María M. Benabe Rivera
Attorney for Movant - US - DC 208906
Maricarmen Colón Díaz – US – DC 211410
FIRSTBANK Puerto Rico
Centro de Servicios al Consumidor – Código 248
1130 Muñoz Rivera Ave., Rio Piedras, P R
PO Box 9146, San Juan, PR 00908-0146
maria.benabe@firstbankpr.com
(787)729-8135 / (787)729-8276 / [Rev.1/2022]

2

# FirstBank

## Analysis Sheet to Determine Arrears to Trustee

| IN RE: | NELITZA TORRES ORTIZ | | Case # | 19-06358 | MCF |
|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date petition filed: | 31-Oct-19 | | | | | | | | |
| First payment due date: | 30-Nov-19 | | | | | | | | |
| According to Plan Dated on: | 19-Oct-30 | | | | | | | | |
| Monthly Payment of: | $ | 500.00 | $ | - | $ | 529.00 | $ | 670.00 | $ | - |
| Term: | | 5 | | 4 | | 2 | | 49 | | 0 |
| Pass Term: | | 5 | | 4 | | 2 | | 15 | | 0 |
| Should Have Paid In: | $ | 2,500.00 | $ | - | $ | 1,058.00 | $ | 10,050.00 | $ | - |
| Total Paid Into Plan: | $ | 2,500.00 | $ | - | $ | 1,058.00 | $ | 8,710.00 | $ | - |
| Amount in Arrears: | $ | - | $ | - | $ | - | $ | 1,340.00 | $ | - |
| | | | $ | 1,340.00 | | | | | | |
| Next payment date: | 31-Jan-22 | | (2 ATRASOS) | | | | | | |
| Refer for MTD on: | **REFER** | | | | | | | | |
| Printed On: | 14-Jan-22 | | | | | | | | |
| Prepared by: | YANIRA RIVERA CARLO | | | | | | | | |
| Note: | | | | | | | | | |

*Attachment A*

13Network     Print Page | Printer Friendly     Page 1 of 3

## FINANCIAL SUMMARY - CASE 19-06358

NELITZA TORRES ORTIZ paying **$670.00** MONTHLY

Limits: Select Start Date ∨ | Receipts | Rcpts/Deb Refunds | Select Claim ID ∨ | Disbursements | Select Payee Name ∨ | Adjustments | Trustee Disb | Trustee Adj | Check Status: Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Out | Show All

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Dis |
|---|---|---|---|---|---|---|
| 1/3/2022 | 17 | ORIENTAL BANK | 6289100 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | |
| 1/3/2022 | 22 | ORIENTAL BANK | 6289100 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | |
| 12/9/2021 | | | | EPAY-Regular Plan Payment | $670.00 | |
| 12/9/2021 | | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | | |
| 12/1/2021 | 17 | ORIENTAL BANK | 6288846 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | |
| 12/1/2021 | 22 | ORIENTAL BANK | 6288846 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | |
| 11/1/2021 | 17 | ORIENTAL BANK | 6288590 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | |
| 11/1/2021 | 22 | ORIENTAL BANK | 6288590 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | |
| 10/28/2021 | | | | EPAY-Regular Plan Payment | $670.00 | |
| 10/28/2021 | | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | | |
| 10/22/2021 | | | | EPay NSF Linking | ($670.00) | |
| 10/22/2021 | | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT REVERSAL | | |
| 10/20/2021 | | | | EPAY-Regular Plan Payment | $670.00 | |
| 10/20/2021 | | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | | |
| 10/19/2021 | | | | EPAY-Regular Plan Payment | $670.00 | |
| 10/19/2021 | | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | | |
| 9/1/2021 | 17 | ORIENTAL BANK | 6288013 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | |
| 9/1/2021 | 22 | ORIENTAL BANK | 6288013 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | |
| 8/4/2021 | | | | EPAY-Regular Plan Payment | $670.00 | |
| 8/4/2021 | | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | | |
| 8/3/2021 | | | | EPAY-Regular Plan Payment | $670.00 | |
| 8/3/2021 | | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | | |
| 7/27/2021 | | | | EPay NSF Linking | ($670.00) | |
| 7/27/2021 | | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT REVERSAL | | |
| 7/23/2021 | | | | EPAY-Regular Plan Payment | $670.00 | |
| 7/23/2021 | | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | | |
| 7/1/2021 | 17 | ORIENTAL BANK | 6287526 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | |
| 7/1/2021 | 22 | ORIENTAL BANK | 6287526 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | |
| 6/1/2021 | | | | EPAY-Regular Plan Payment | $670.00 | |

13Network — Page 2 of 3

| Date | Payee | # | Check# | Description | Amount |
|---|---|---|---|---|---|
| 6/1/2021 | ORIENTAL BANK | 17 | 6287211 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 6/1/2021 | ORIENTAL BANK | 22 | 6287211 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 6/1/2021 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT | |
| 5/4/2021 | ORIENTAL BANK | 17 | 6286936 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 5/4/2021 | ORIENTAL BANK | 22 | 6286936 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 5/3/2021 | | | | EPAY-Regular Plan Payment | $670.00 |
| 5/3/2021 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT | |
| 4/5/2021 | ORIENTAL BANK | 17 | 6286659 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 4/5/2021 | ORIENTAL BANK | 22 | 6286659 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 3/31/2021 | | | | EPAY-Regular Plan Payment | $670.00 |
| 3/31/2021 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT | |
| 3/2/2021 | ORIENTAL BANK | 17 | 6286413 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 3/2/2021 | ORIENTAL BANK | 22 | 6286413 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 3/1/2021 | | | | EPAY-Regular Plan Payment | $670.00 |
| 3/1/2021 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT | |
| 2/1/2021 | | | | EPAY-Regular Plan Payment | $670.00 |
| 2/1/2021 | ORIENTAL BANK | 17 | 6286161 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 2/1/2021 | ORIENTAL BANK | 22 | 6286161 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 2/1/2021 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT | |
| 1/11/2021 | | | | EPAY-Regular Plan Payment | $670.00 |
| 1/11/2021 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT | |
| 1/5/2021 | | | | EPay NSF Linking | ($670.00) |
| 1/5/2021 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT REVERSAL | |
| 1/4/2021 | ORIENTAL BANK | 17 | 6285894 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 1/4/2021 | ORIENTAL BANK | 22 | 6285894 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 12/31/2020 | | | | EPAY-Regular Plan Payment | $670.00 |
| 12/31/2020 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT | |
| 12/1/2020 | | | | EPAY-Regular Plan Payment | $670.00 |
| 12/1/2020 | ROBERTO FIGUEROA CARRASQUILLO* | 0 | 6285748 | ATTORNEY FEE - MONTHLY DISBURSEMENTS | |
| 12/1/2020 | ORIENTAL BANK | 17 | 6285647 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 12/1/2020 | ORIENTAL BANK | 22 | 6285647 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | |
| 12/1/2020 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT | |
| 10/29/2020 | | | | EPAY-Regular Plan Payment | $670.00 |
| 10/29/2020 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT | |
| 9/28/2020 | | | | EPAY-Regular Plan Payment | $529.00 |
| 9/28/2020 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT | |
| 9/4/2020 | | | | EPAY-Regular Plan Payment | $529.00 |
| 9/4/2020 | JOSE R. CARRION | | | TRUSTEE FEE - PLAN RECEIPT | |

13Network                                                                                                                                  Page 3 of 3

| Date | Name | Reference | Description | Amount |
|---|---|---|---|---|
| 7/1/2020 | | | EPay NSF Linking | ($500.00) |
| 7/1/2020 | JOSE R. CARRION | 06T29 | TRUSTEE FEE - PLAN RECEIPT REVERSAL | |
| 6/29/2020 | | | EPAY-Regular Plan Payment | $500.00 |
| 6/29/2020 | JOSE R. CARRION | 06T29 | TRUSTEE FEE - PLAN RECEIPT | |
| 6/3/2020 | | 06L01 | EPay NSF Linking | ($500.00) |
| 6/3/2020 | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT REVERSAL | |
| 5/29/2020 | | 06L01 | EPAY-Regular Plan Payment | $500.00 |
| 5/29/2020 | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | |
| 4/29/2020 | | 04L30 | EPAY-Regular Plan Payment | $500.00 |
| 4/29/2020 | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | |
| 4/1/2020 | | 04L01 | Epay -- Returned | ($500.00) |
| 4/1/2020 | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | |
| 3/30/2020 | | 03L30 | EPAY-Regular Plan Payment | $500.00 |
| 3/30/2020 | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | |
| 3/2/2020 | | 03M03 BSS EPAY #3929 | EPAY-Regular Plan Payment | $500.00 |
| 3/2/2020 | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | |
| 2/18/2020 | | | EPAY-Regular Plan Payment | $500.00 |
| 2/18/2020 | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | |
| 1/6/2020 | | | EPAY-Regular Plan Payment | $500.00 |
| 1/6/2020 | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | |
| 12/18/2019 | | | EPay NSF Linking | ($500.00) |
| 12/18/2019 | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT REVERSAL | |
| 12/17/2019 | | | EPAY-Regular Plan Payment | $500.00 |
| 12/17/2019 | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | |
| 12/16/2019 | | | EPAY-Regular Plan Payment | $500.00 |
| 12/16/2019 | JOSE R. CARRION | | TRUSTEE FEE - PLAN RECEIPT | |
| | | | Totals: | $12,268.00 |

Case Schedules

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Amount Due |
|---|---|---|---|---|
| 1 | 11/2019 | $500.00 | | $500.00 |
| 2 | 12/2019 | $500.00 | $500.00 | $500.00 |
| 3 | 1/2020 | $500.00 | $500.00 | $500.00 |
| 4 | 2/2020 | $500.00 | $500.00 | $500.00 |
| 5 | 3/2020 | $500.00 | $1,000.00 | $0.00 |
| 6 | 4/2020 | $0.00 | $0.00 | $0.00 |
| 7 | 5/2020 | $0.00 | $500.00 | ($500.00) |
| 8 | 6/2020 | $0.00 | $0.00 | ($500.00) |
| 9 | 7/2020 | $0.00 | ($500.00) | $0.00 |
| 10 | 8/2020 | $529.00 | | $529.00 |
| 11 | 9/2020 | $529.00 | $1,058.00 | $0.00 |
| 12 | 10/2020 | $670.00 | $670.00 | $0.00 |
| 13 | 11/2020 | $670.00 | | $670.00 |
| 14 | 12/2020 | $670.00 | $1,340.00 | $0.00 |
| 15 | 1/2021 | $670.00 | $0.00 | $670.00 |
| 16 | 2/2021 | $670.00 | $670.00 | $670.00 |
| 17 | 3/2021 | $670.00 | $1,340.00 | $0.00 |
| 18 | 4/2021 | $670.00 | | $670.00 |
| 19 | 5/2021 | $670.00 | $670.00 | $670.00 |
| 20 | 6/2021 | $670.00 | $670.00 | $670.00 |
| 21 | 7/2021 | $670.00 | $0.00 | $1,340.00 |
| 22 | 8/2021 | $670.00 | $1,340.00 | $670.00 |
| 23 | 9/2021 | $670.00 | | $1,340.00 |
| 24 | 10/2021 | $670.00 | $1,340.00 | $670.00 |
| 25 | 11/2021 | $670.00 | | $1,340.00 |
| 26 | 12/2021 | $670.00 | $670.00 | $1,340.00 |
| 27 | 1/2022 | | | $1,340.00 |

**Total Delinquent Amount: $1,340.00**

Department of Defense Manpower Data Center

Results as of : Jan-17-2022 06:55:46 AM

SCRA 5.11



Status Report
Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-6996 |
| Birth Date: | Oct-XX-1969 |
| Last Name: | CEDENO COLON |
| First Name: | EDGARDO |
| Middle Name: | |
| Status As Of: | Jan-17-2022 |
| Certificate ID: | 4S8H3XB4FHV02HM |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

Attachment B

```
Label Matrix for local noticing            ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF    ORIENTAL BANK
0104-3                                     PO BOX 361110                                   CARDONA JIMENEZ LAW OFFICES PSC
Case 19-06358-MCF13                        SAN JUAN, PR 00936-1110                         PO BOX 9023593
District of Puerto Rico                                                                    SAN JUAN, PR 00902-3593
Old San Juan
Fri Oct  8 14:46:35 AST 2021

POPULAR AUTO                               SCOTIABANK DE PUERTO RICO                       US Small Business Administration
PO BOX 366818                              CARDONA JIMENEZ LAW OFFICES, PSC                273 Ponce de Leon Ave., Suite 510
SAN JUAN, PR 00936-6818                    PO BOX 9023593                                  Plaza 273
                                           SAN JUAN, PR 00902-3593                         San Juan, PR 00917-1930 PUERTO RICO


US Bankruptcy Court District of P.R.       Banco Popular de Puerto Rico                    Capital One Bank (USA), N.A.
Jose V Toledo Fed Bldg & US Courthouse     Bankruptcy Department                           by American InfoSource as agent
300 Recinto Sur Street, Room 109           PO Box 366818                                   PO Box 71083
San Juan, PR 00901-1964                    San Juan, PR  00936-6818                        Charlotte, NC  28272-1083


Capital One Bank USA N                     DEPARTMENT OF TREASURY                          Departamento de Hacienda
PO Box 965005                              BANKRUPTCY SECTION 424 B                        Bankruptcy Section
Orlando, FL  32896-5005                    PO BOX 9024140                                  235 Ave Arterial Hostos Ste 1504
                                           SAN JUAN, PR 00902-4140                         San Juan, PR  00918-1451


Departamento de Hacienda                   (p)INTERNAL REVENUE SERVICE                     Island Finance
PO Box 9024140                             CENTRALIZED INSOLVENCY OPERATIONS                PO Box 71504
San Juan, PR  00902-4140                   PO BOX 7346                                     San Juan, PR  00936-8604
                                           PHILADELPHIA PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC           Merchant  Advance LLC                           Money Express
PO BOX 7999                                1621 Central Avenue                             PO Box 9146
SAINT CLOUD MN 56302-7999                  Cheyenne WY 82001-4531                          San Juan, PR  00908-0146


ORIENTAL BANK - MORTGAGE DIVISION          POPULAR AUTO                                    PRESTAMAS
CARDONA JIMENEZ LAW OFFICES, PSC           BANKRUPTCY DEPARTMENT                           CONSUMER SERVICE CENTER
PO BOX 9023593                             PO BOX 366818                                   BANKRUPTCY DIVISION (CODE 248)
SAN JUAN, PR 00902-3593                    SAN JUAN PUERTO RICO 00936-6818                 PO BOX 9146
                                                                                           SAN JUAN PR 00908-0146


(p)PORTFOLIO RECOVERY ASSOCIATES LLC       Prestamas                                       SBA US Small Business Administration
PO BOX 41067                               PO Box 11890                                    PO Box 3918
NORFOLK VA 23541-1067                      San Juan, PR  00922-1890                        Portland, OR  97208-3918


SCOTIABANK DE PUERTO RICO                  Scotiabank de Puerto Rico                       Syncb/empresas Berrios
CARDONA JIMENEZ LAW OFFICE, PSC            PO Box 363368                                   PO Box 965036
PO BOX 9023593                             San Juan, PR  00936-3368                        Orlando, FL  32896-5036
SAN JUAN, PR 00902-3593


Syncb/tjx Cos                              Synchrony Bank                                  Thd/Cbna
PO Box 965015                              c/o of PRA Receivables Management, LLC          PO Box 6497
Orlando, FL  32896-5015                    PO Box 41021                                    Sioux Falls, SD  57117-6497
                                           Norfolk, VA 23541-1021
```

| | | |
|---|---|---|
| OSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | NELITZA TORRES ORTIZ<br>5 MUNOZ RIVERA STREET<br>CIDRA, PR 00739-3452 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ISLAND PORTFOLIO SERVICES LLC AS SERVICER
PO BOX 361110
SAN JUAN, PR 00936-1110

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34