IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-06358-MCF13 |
| NELITZA TORRES ORTIZ | Chapter 13 |
| xx-xx-2963 | |
| Debtor(s) | FILED & ENTERED ON JAN/19/2022 |

ORDER

    The motion filed by Prestamas (docket #66) is hereby denied without prejudice for non compliance of P.R. LBR 4001-1(b) and 9013-1(c)(4) Affidavit of Military Service.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 19 day of January, 2022.

@@sign@@