IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

NELITZA TORRES ORTIZ

Debtor

CASE NO. 19-06358 MCF

CHAPTER 13

## MOTION TO DISMISS

COMES NOW, ORIENTAL BANK represented by the undersigned attorney and respectfully sets forth and prays:

1. That the appearing creditor is the holder of a mortgage note in the principal balance amount of $135,706.30, which encumbers debtor's residence.

2. That the Plan provides for debtor to continue making current post petition monthly payments to the appearing secured creditor.

3. That debtor has failed to comply with the proposed terms of the Plan and currently owe the appearing secured creditor the sum $2,985.85 (**3 monthly payments**) in post petition arrears. See Exhibit "A" attached.

4. Pursuant to the provisions of section 1307 (c) (6) of the Code 11 USCS Section 1307 (c) (6), a party in interest may request the dismissal of a Chapter 13 bankruptcy petition whenever there is a material default by the debtor(s) with respect to a term of a confirmed plan.

5. The Courts have found cause for the dismissal of Chapter 13 bankruptcy case when the debtor(s) failed to make the payments directly to the creditor as called for under the terms of the confirmed Plan. See <u>Estes v. Garcia</u>, 42 Bankr. 33 (Bankr. D. Colo. 1984).

6. Included with this motion is a Verified Statement regarding the information required by this Servicemembers Civil Relief Act of 2003, and a Department of Defense Manpower Data Center Military Status Report.

WHEREFORE the appearing secured creditor prays for an order dismissing the above captioned case.

## NOTICE OF RESPONSE TIME

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to debtor's Attorney **ROBERTO FIGUEROA-CARRASQUILLO**, and to **JOSE R. CARRION MORALES**, US Chapter 13 Trustee, and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participant to debtor(s) at theirs address of record in this case.

In San Juan, Puerto Rico, on the 23rd day of May, 2023.

**CARDONA JIMENEZ LAW OFFICE**
Attorney for ORIENTAL BANK
PO Box 9023593
San Juan, PR 00902-3593
Tels: (787) 724-1303, Fax No. (787) 724-1369
E-mail: jf@cardonalaw.com

**/s/José F. Cardona Jiménez**, USDC PR 124504
jf@cardonalaw.com

# Oriental

REQUEST FOR LEGAL ACTION

TO: CARDONA - JIMENEZ LAW OFFICE

LOAN NUMBER: 6639
DEBTOR: Nelitza Torres Ortiz
DEBTOR:

BKR # : 19-06358

TOTAL PAYMENTS DUE    3        DATE FILED:    10/31/2019

TOTAL PAYMENTS DUE    3        PRE-PETIION: _____ POST PETITION:  3

**POST PETITION ARREARS:**

| | | | | |
|---|---|---|---|---|
| 3 | MONTHS @ | $880.00 | $2,640.00 | (3F)UNEARDE INTEREST |
| | MONTHS @ | $0.00 | $0.00 | (3H)PER-DIEM INTEREST FACTOR |
| | MONTHS @ | $0.00 | $0.00 | |
| 3 | LATE CHARGES @ | $31.95 | $95.85 | (3B)ACCURED INTEREST |

(3C) FROM:    Mar-23                                TO:    May-23

SUBTOTAL                $2,735.85

| | | | |
|---|---|---|---|
| (3) ATTORNEYS FEES | | $0.00 | |
| (3D)INSPECCTIONS | | $0.00 | NOTE: |
| (3D)LATE CHARGES | | $0.00 | All reintallment payments mus be made |
| (3)OTHER CHARGES | BK Fees | $250.00 | up to the current moth, including legal |
| | TOTAL : | $2,985.85 | fees and late charges. |

DUE DATE    3/1/2023        (3A) PRINCIPAL BALANCE    $    135,706.30

I, the undersigned , declare under penalty of perjury that the amount claimed by movant in the foregoing motion represent accurately th information kept in accounting books and records dept by movant in the ordinary course of business. I futher declare under penalty of perjury that I have read th foregoing Motion and that the facts alleged are true and correct to the best of m knowledge.

Name:    Sr. RAFAEL VELEZ RIVERA
TITLE;   MANAGER MORTGAGE SERVICING

This verified Statement wa prepared this    May    of    15    2023 and includes all payments receive until said date.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF:**

NELITZA TORRES-ORTIZ

DEBTOR

CASE NO. 19-06358[MCF]

CHAPTER 13

## VERIFIED STATEMENT

I, JOSE F. CARDONA-JIMENEZ, of legal age, single, Attorney for Oriental Bank, and resident of San Juan, Puerto Rico, declare under penalty of perjury as follows:

That as to this date May 23, 2023, by a search and review of the records kept by ORIENTAL BANK in the regular course of business, in regard to Debtor's account with this bank, there is no information that will lead the undersigned to belief that Debtor is a regular service member either on active duty or under a call to active duty, in the National Guard or as a Commission Officer of the Public Health Services or the National Oceanic and Atmospheric Administration (NOAA).

The bank has not received any written notice from Debtor that her military status has changed as of this date.

That as part of my search I examined the documents and records available to me within our computer system.

IN TESTIMONY WHEREOF I SIGN THESE PRESENTS under penalty of perjury, in San Juan, Puerto Rico this 23rd day of May, 2023.

**/s/ José F. Cardona-Jiménez**



## Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-2963 |
| Birth Date: | |
| Last Name: | TORRES-ORTIZ |
| First Name: | NELITZA |
| Middle Name: | |
| Status As Of: | May-22-2023 |
| Certificate ID: | HWRFMDJM2NXTVDW |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955