IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 19-06358-MCF13 |
| --- | --- |
| NELITZA TORRES ORTIZ | Chapter 13 |
| xx-xx-2963 | |
| Debtor(s) | FILED & ENTERED ON DEC/05/2024 |

ORDER

The motion filed by Debtor requesting extension of time (docket #121) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5 day of December, 2024.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge