IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NELITZA TORRES ORTIZ

DEBTOR

CASE NO 19-06358/MCF

CHAPTER 13

## DEBTOR'S INFORMATIVE MOTION
## RE: PLAN PAYMENT MADE

TO THE HONORABLE COURT:

COMES NOW, **NELITZA TORRES ORTIZ,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On December 4, 2024, the Debtor requested a *Debtor's Second Motion for Extension of Time to Reply to Motion to Dismiss,* Docket No. 120, in the above captioned case. This *Motion* is pending resolution by the Court.

2. That the Debtor hereby respectfully informs the Court that on , January 06, 2024, the Debtor made one (1) Plan payment to the Trustee in the sum of $5,227.00 (electronic transfer - confirmation number 1192578958) to partially cover the Plan arrears in the present case.

**WHEREFORE,** the Debtor respectfully requests this Honorable Court be informed of the above stated, in the present Chapter 13 case.

**I CERTIFY** that on this same date a copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of same to Jose Ramon Carrion Morales, Esq., Chapter 13 Trustee; and to all CM/ECF participants; I also certify that a copy of this motion was sent via regular mail to the Debtor Nelitza Torres Ortiz, 5 Munoz Rivera Street, Cidra PR 00739.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 7th day of January, 2025.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699; 787-963-7699
Email: rfc@rfigueroalaw.com

**Your payment has been successfully scheduled**
It will be posted in approximately one business day.


Print

| | |
|---|---|
| Confirmation Number | 1192578958 |
| Monthly Plan Payment | $5227.00 |
| Delinquency Amount | $0.00 |
| Tax Refund Payment | $0.00 |
| Other Payment Amount | $0.00 |
| Reason for Other Payment | Septiembre y octubre + abono |
| Amount to be Paid | $5,227.00 |
| Fee | $1.00 |
| Total | $5,228.00 |
| Payment Method | Bank |
| Bank Name | BANCO POPULAR |
| Routing Number (ABA) | *****2011 |
| Bank Account Number (DDA) | ************7549 |
| Payment Posting Date | 01/06/2025 |